DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HEATHER LYNN MacDOUGALL,**
Appellant,

v.

**WILLIAM TODD JENSEN,**
Appellee.

No. 4D18-2833

[March 7, 2019]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 50-2011-DR-001612-XXXX-NN (FI).

Heather L. MacDougall, Jupiter, pro se.

Jason R. Marks and Ashley P. Frankel of Kluger, Kaplan, Silverman, Katzen & Levine, P.L., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and MAY, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***